# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AL PATRICK GLYNN, JR.

NO. 2020 KW 0398

**JULY 20, 2020**

---

In Re:    Al Patrick Glynn, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 229,917.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

> **PMc**
> **JEW**
> **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT